1  Edward C. Snyder (Pro Hac Vice)
2  **CASTILLO SNYDER, PC.**
   300 Convent Street, Suite 1020
3  San Antonio, TX 78205
   Telephone:  210-630-4200
4  Facsimile:   210-630-4210
   Email: esnyder@casnlaw.com
5

6  Scott B. Cooper, SBN 174520
   **THE COOPER LAW FIRM, P.C.**
7  2030 Main Street, Suite 1300
   Irvine, CA 92614
8  Telephone:  949-724-9200
   Facsimile:   949-724-9255
9  Email: scott@cooper-firm.com
10 **Counsel for Permanent Receiver - DAVID GILL**

11 Matthew Jennings
   Email: mjennings@westmooreinc.com
12 **Defendant Pro Se**
13

JS-6

14              **UNITED STATES DISTRICT COURT**
15              **CENTRAL DISTRICT OF CALIFORNIA**
16

17 | DAVID A. GILL, RECEIVER | Case No. SACV 12-02235 AG (JPRx) |
18 |                         |                                   |
19 |        Plaintiff,       | **JUDGMENT AGAINST**              |
20 | vs.                     | **MATTHEW R. JENNINGS**           |
21 | MATT R. JENNINGS; et al.|                                   |
22 |        Defendants.      |                                   |
23 |                         | Complaint filed: December 28, 2012|

JUDGMENT

On June 16, 2015, Plaintiff David A. Gill ("Plaintiff"), in his Capacity as Court-Appointed Receiver for Westmoore Management, LLC, Westmoore Investment, LP, Westmoore Capital Management, Inc., Westmoore Securities, Inc., Westmoore Capital, LLC, and their subsidiaries and entities otherwise majority-owned, managed or controlled, directly or indirectly, by any of them (collectively the "Westmoore Entities"), and Defendant Matthew R. Jennings ("Jennings") announced that all matters in controversy between them had been fully resolved by settlement, and that as part of said settlement Jennings had agreed, as evidenced by the stipulation between Plaintiff and Jennings filed on such date that this Judgment be entered against him.

Defendant Jennings agrees to have a Judgment entered against him in this case based upon claims made by Plaintiff in the above-captioned action on December 28, 2012 (Dkt. No. 1), including claims for fraudulent transfer, unjust enrichment, breach of fiduciary duty, breach of contract, and any and all claims assertable by Plaintiff against Defendant Jennings based upon the facts and circumstances alleged in the second amended complaint filed in this action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff have and recover from Defendant Matthew R. Jennings the sum of **FIVE MILLION AND NO/100 DOLLARS ($5,000,000.00).**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Jennings provide Plaintiff with reports identifying his and his spouse's gross income within 5 business days after the conclusion of each quarter of each calendar year, as well as provide Plaintiff with copies of his and his spouse's annual IRS and FTB income tax returns, from the date this Judgment is rendered until the Judgment is satisfied in full.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall be entitled to all writs, execution and processes allowed by law in order to recover and collect all sums awarded to Plaintiff pursuant to this Judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to Federal Rule of Civil Procedure 54(b), the Court expressly determines that there is no just reason for delay and therefore this judgment shall constitute a final judgment against Defendant Jennings as to all claims for relief asserted by Plaintiff against Jennings in this action, and the Clerk of the Court is directed to enter this judgment as a final judgment as to such claims.

DATED: June 19, 2015

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE